■ In the Matter of CARL D. WELLS, Petitioner, v JILL KONVISER et al., Respondents. [28 NYS3d 307]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Friedman, J.P., Sweeny, Saxe, Richter and Kahn, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHNNY MASON, Appellant, v WARDEN, Respondent. [28 NYS3d 308]—Appeal from judgment (denominated an order), Supreme Court, New York County (Larry R.C. Stephen, J.), entered June 17, 2015, denying the petition for a writ of habeas corpus and dismissing the proceeding brought pursuant to CPLR article 70, unanimously dismissed, without costs, as moot.

This appeal challenging the legality of petitioner's preconviction detention is moot because he is currently incarcerated following his conviction and sentencing (*see e.g. People ex rel. Macgiollabhui v Schriro*, 123 AD3d 633 [1st Dept 2014]), and no exception to the mootness doctrine applies (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Concur—Tom, J.P., Andrias, Manzanet-Daniels, Kapnick and Gesmer, JJ.